■ ROBERT BAKER et al., Individually and as Administrators of the Estate of DOMINICK BAKER, Deceased, Respondents, v COUNTY OF OSWEGO, Appellant, and CARL F. ERIKSON et al., as Parents and Natural Guardians of JOHN M. ERIKSON, an Infant, et al., Respondents. [913 NYS2d 119]—Motion for reargument or

leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.